IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Washington, D.C.

| | |
|---|---|
| ERINYS IRAQ LTD.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant<br><br>and<br><br>AEGIS DEFENCE SERVICES, LTD.<br><br>Intervenor. | CFC No. 07-340-C<br><br>Judge Christine O. C. Miller |

**MOTION FOR ENTRY OF AMENDMENT TO THE PROTECTIVE ORDER**

Defendant Aegis Defence Services Ltd. ("Aegis") through undersigned counsel respectfully requests that the Court enter the attached Amendment to the Protective Order covering additional individuals admitted to the protective order before the Government Accountability Office in Case Number B-299524.

Respectfully submitted,

Date: June 4, 2007

By: /s/ by Jonathan D. Shaffer
John S. Pachter
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Tel: (703) 847-6300
Fax: (703) 847-6312
*Counsel of Record for Intervenor*
*Aegis Defence Services, Ltd.*

Jonathan D. Shaffer
Mary Pat Gregory
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Tel: (703) 847-6300
Fax: (703) 847-6312
*Of Counsel for Intervenor*
*Aegis Defence Services, Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of June, 2007, the foregoing Intervenor's Motion for Amendment to the Protective Order was served by the Court ECF system or by electronic mail (for individuals not listed on the ECF service) at the following addresses:

Steve Mager
Commercial Litigation Branch, Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2377
Steven.Mager@usdoj.gov

Robert S. Nichols, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel.: (202) 624-2541
Fax: (202) 628-5116
RNichols@Crowell.com

Major Christopher Krafchek, Esq.
Department of the Army
Contract & Fiscal Law Division
Trial Attorney, Team III
901 N. Stuart Street, Suite 500
Arlington, VA 22203
Christopher.Krafchek@hqda.army.mil

/s/ Jonathan D. Shaffer
Jonathan D. Shaffer