# In the United States Court of Federal Claims

**No. 07-340 C**

**ERINYS IRAQ LTD.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**

**and**

**AEGIS DEFENCE SERVICES LTD.,**
**Defendant-Intervenor.**

Pursuant to the court's Order, filed June 11, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice. No costs are awarded on this dismissal.

Brian Bishop
Clerk of Court

**June 11, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.